David JOHNSON, Petitioner

v.

**PENNSYLVANIA BOARD
OF PROBATION AND
PAROLE, Respondent**

No. 491 MAL 2016

Supreme Court of Pennsylvania.

DECIDED: June 26, 2017

## ORDER

PER CURIAM

**AND NOW,** this 26th day of June, 2017, the Petition for Allowance of Appeal is **GRANTED**, the order of the Commonwealth Court is **VACATED**, and the case is **REMANDED** for reconsideration in light of *Pittman v. Pa. Bd. of Prob. & Parole*, 159 A.3d 466, 2017 WL 1489047 (Pa. 2017).

**COMMONWEALTH of Pennsylvania,
Respondent**

v.

**Ryan S. WISE, Petitioner**

No. 70 WAL 2017

Supreme Court of Pennsylvania.

June 27, 2017

## ORDER

PER CURIAM

**AND NOW,** this 27th day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania,
Respondent**

v.

**Eugene M. PRATT, Petitioner**

No. 28 WAL 2017

Supreme Court of Pennsylvania.

June 27, 2017

## ORDER

PER CURIAM

**AND NOW,** this 27th day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.